NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MSTG, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 996

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no. 08-CV-7411, Judge Edmond E. Chang.

---

**ON MOTION**

---

**ORDER**

AT&T Mobility LLC moves without opposition for a 7-day extension of time, until August 18, 2011, to file its response to MSTG, Inc.'s petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher J. Lee, Esq.
David T. Pritikin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2011

JAN HORBALY
CLERK